IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERMAINE TANNER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00127 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BEDFORD CIRCUIT COURT, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

ORDERED

that this action is **DISMISSED**; Tanner's motion to proceed *in forma pauperis* (Docket No. 2) is **DISMISSED** as moot; and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 29th day of March, 2012.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE